IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02858-RM-MJW

GLENN PICCO and
FRANCINE PICCO,

Plaintiff(s),

v.

KELLY R. GLENN, D.O.,
VALLEY VIEW HOSPITAL ASSOCIATION,
BRUCE D. LIPPMAN, II, M.D., and
GLENWOOD MEDICAL ASSOCIATES,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Plaintiffs' Stipulated Motion to Modify the Scheduling Order to Extend the Expert Witness Deadline (Docket No. 35) is GRANTED.  The Scheduling Order (Docket No. 27) is amended to extend Plaintiffs' expert disclosure deadline up to and including August 19, 2013, Defendants' expert disclosure deadline up to and including October 7, 2013, and the parties' rebuttal designations deadline up to and including November 4, 2013.

Date: June 10, 2013