IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02858-RM-MJW

GLENN PICCO and
FRANCINE PICCO,

Plaintiff(s),

v.

KELLY R. GLENN, D.O.,
VALLEY VIEW HOSPITAL ASSOCIATION,
BRUCE D. LIPPMAN, II, M.D., and
GLENWOOD MEDICAL ASSOCIATES,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Second Stipulated Motion to Modify the Scheduling Order to Extend the Expert Witness Deadlines (Docket No. 43) is granted. The Scheduling Order (Docket No. 27) is amended to extend Plaintiff's expert disclosure deadline up to and including September 30, 2013, Defendant's expert disclosure deadline up to and including November 11, 2013, and the parties' rebuttal designations deadline up to and including December 11, 2013.

Date: July 23, 2013