IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02858-RM-MJW

GLENN PICCO and
FRANCINE PICCO,

Plaintiff(s),

v.

KELLY R. GLENN, D.O.,
VALLEY VIEW HOSPITAL ASSOCIATION,
BRUCE D. LIPPMAN, II, M.D., and
GLENWOOD MEDICAL ASSOCIATES,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Valley View Hospital Association's Withdrawal of Motion for Protective Order RE: Personnel File (Docket No. 51) is granted, and thus Defendant Valley View Hospital Association's Motion for Protective Order RE: Personnel File (Docket No. 46) is withdrawn.

Date: September 3, 2013