IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02858-RM-MJW

GLENN PICCO and
FRANCINE PICCO,

Plaintiff(s),

v.

KELLY R. GLENN, D.O.,
VALLEY VIEW HOSPITAL ASSOCIATION,
BRUCE D. LIPPMAN, II, M.D., and
GLENWOOD MEDICAL ASSOCIATES,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Motion to Withdraw as Counsel (Docket No. 145) is GRANTED.  Steven P. Johnston shall be permitted to withdraw as counsel for Defendant Kelly R. Glenn, D.O.  The Clerk is directed to remove Steven P. Johnston from electronic notification in this matter.

Date: December 23, 2014