IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02858-RM-MJW

GLENN PICCO,
FRANCINE PICCO,

    Plaintiffs,

vs.

KELLY R. GLENN, D.O.,
VALLEY VIEW HOSPITAL ASSOCIATION,
BRUCE C. LIPPMAN, II, M.D., and
GLENWOOD MEDICAL ASSOCIATES,

    Defendants.

---

**ORDER: DR. GLENN'S UNOPPOSED CONDITIONAL MOTION FOR LEAVE OF COURT TO RESET FEBRUARY 11, 2015, STATUS CONFERENCE**
( Docket No. 164 )

---

    THIS MATTER comes before the Court on Defendant Kelly R. Glenn, D.O.'s Unopposed Conditional Motion for Leave of Court to Reset February 11, 2015, Status Conference. The Court, being fully advised in the premises; hereby ORDERS:

    __X__ The Court does not intend to address matters other than the Stipulated Motion to Dismiss Valley View Hospital Association. A resetting is not necessary. Dr. Glenn's Motion is, therefore, DENIED as moot.

ALTERNATIVELY

    ~~____ The Court intends to address matters other than the Stipulated Motion to Dismiss Valley View Hospital Association. The Court GRANTS Dr. Glenn's Motion.~~

Counsel for Dr. Glenn shall contact the Court and obtain dates and times for a resetting and confer with other parties regarding this resetting.

Dated this 2nd day of February, 2015.

BY THE COURT:

_____
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO