# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Raymond P. Moore

Civil Action No. 12-cv-02858-RM-MJW

GLENN PICCO and
FRANCINE PICCO,

     Plaintiffs,

vs.

KELLY R. GLENN, D.O.,
VALLEY VIEW HOSPITAL ASSOCIATION,
BRUCE D. LIPPMAN, II, M.D. and
GLENWOOD MEDICAL ASSOCIATES,

     Defendants.

---

## ORDER RE: STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE OF DEFENDANTS BRUCE D. LIPPMAN, II, M.D. and GLENWOOD MEDICAL ASSOCIATES

---

THE COURT, having reviewed the Stipulated Motion for Dismissal with Prejudice (ECF No. 165) of Defendants Bruce D. Lippman, II, M.D. and Glenwood Medical Associates, and being otherwise fully advised in the premises, now rules as follows:

The Court GRANTS the parties' stipulated motion. All claims that were asserted against Defendants Bruce D. Lippman, II, M.D. and Glenwood Medical Associates, and all related entities, are hereby DISMISSED WITH PREJUDICE, each party to pay their own attorneys' fees and costs.

DATED this 2nd day of February, 2015.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge