**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe**

**Civil Action No.**  12-cv-02858-RM-MJW            FTR - Courtroom A-502

**Date:**  April 02, 2015                           Courtroom Deputy, Ellen E. Miller

         *Parties*                                  *Counsel*

GLENN PICCO,  and                                   Jennifer L. Keel
FRANCINE PICCO                                      Isobel S. Thomas
                                                    Alfred (Fred) F. Paoli, Jr.
         Plaintiff(s),

v.

KELLY R.  GLENN, D. O., and                         Peter W. Pryor
VALLEY VIEW HOSPITAL ASSOCIATION,                   Douglas E. Best

         Defendant(s).

---

**COURTROOM MINUTES / MINUTE ORDER**

---

**HEARING**:   **MOTION HEARING**
**Court in Session:**    1:55 p.m.
Court calls case.  Appearances of counsel.

Discussion is held regarding Defendant Valley View Hospital Association's, and Witness Beth Chow's, Motion for Protective Order re: Employment Documents [Docket No. 192, filed March 25, 2015].

**It is ORDERED:**    Defendant Valley View Hospital Association's, and Witness Beth Chow's, MOTION FOR PROTECTIVE ORDER RE: EMPLOYMENT DOCUMENTS [Docket No. 192, filed March 25, 2015] is **GRANTED IN PART AND DENIED IN PART** for reasons as set forth on the record.

**It is ORDERED:**    The Unredacted Separation Agreement, which was tendered to the Court for *in camera* review, shall be filed as a Restricted Document, Restriction Level 3.
The Redacted Separation Agreement, a copy of which is provided to each counsel by the Court, shall be filed as a Restricted Document, Restriction Level 1.

Counsel advise the Court that all exhibits marked by all parties are stipulated to be admitted, for the purpose of this hearing.

**It is ORDERED:**    By stipulation of all parties, for the purposes of this motion hearing, Valley View Hospital Association Exhibits 1 through 39 are admitted; Kelly R. Glenn, D. O.'s Exhibits 1 through 8 are admitted; Plaintiffs Glenn Picco and Francine Picco's exhibits A through Z, and A-1 through A-9 are admitted.

The Court begins hearing on DEFENDANT VALLEY VIEW HOSPITAL ASSOCIATION'S MOTION TO ENFORCE SETTLEMENT AGREEMENT [Docket No. 174, filed February 18, 2015].

2:12 p.m.    Valley View Hospital Association calls witness **BECKY WINTER who** is sworn and testifies.

Direct-examination of Ms. Winter by Douglas E. Best.
*Voir dire* of Ms. Winter by Jennifer L. Keel
Direct examination of Ms. Winter by Peter W. Pryor.
Cross-examination of Ms. Winter by Jennifer L. Keel

4:09 p.m.    Witness Becky Winter is excused, subject to recall, and reminded of the Sequestration Order and admonition prohibiting discussion of this case.

4:10 p.m.    Plaintiff calls Defendant **KELLY R. GLENN, D. O.** who is sworn and testifies. It is noted the parties had stipulated to allow defendant Dr. Glenn to appear by telephone.

4:10 p.m.    Defendant Valley View Hospital Association rests.
4:10 p.m.    Defendant Kelly R. Glenn, D. O. rests.

Direct examination of Dr. Glenn by Isobel S. Thomas
Cross-examination of Dr. Glenn by Peter W. Pryor
Re-Direct examination of Dr. Glenn by Isobel S. Thomas
Re-Cross-examination of Dr. Glenn by Douglas E. Best**.**

4:43 p.m.    Defendant Kelly R. Glenn, D. O. is excused, subject to recall, and reminded of the Sequestration Order and admonition prohibiting discussion of this case.

4:46 p.m.    Plaintiff calls witness **SYLVER BROWN** who is sworn and testifies. It is noted the parties had stipulated to allow witness Sylver Brown to appear by telephone.

Direct-examination of Sylver Brown by Isobel S. Thomas.
Cross-examination of Sylver Brown by Douglas E. Best.
Re-Direct examination of Sylver Brown by Isobel S. Thomas.

5:02 p.m.    Witness Sylver Brown is excused, subject to recall, and reminded of the Sequestration Order and admonition prohibiting discussion of this case.

The parties anticipate 2 more witnesses to testify in regard to this motion.

**It is ORDERED:**      The MOTION HEARING is continued to **APRIL 03, 2015 at 9:00 a.m.** in Courtroom A-502, Fifth floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.


DEFENDANT VALLEY VIEW HOSPITAL ASSOCIATION'S MOTION TO ENFORCE SETTLEMENT AGREEMENT [Docket No. 174, filed February 18, 2015] remains a pending motion at this time.


Hearing concluded.
**Court in recess:**    5:04 p.m.
Total In-Court Time 03: 04


To order a transcript of this proceedings, contact  Avery Wood Reports    (303) 825-6119  or    Toll Free    1-800-962-3345.