**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe**

| | |
|---|---|
| **Civil Action No.:**  12-cv-02858-RM-MJW | FTR - Courtroom A-502 |
| **Date:** April 3, 2015 | Courtroom Deputy, Brandy Simmons |
| GLENN PICCO | Alfred F. Paoli, Jr. |
| FRANCINE PICCO | Isobel Sargent Thomas |
| | Jennifer Lee Keel |
| Plaintiff(s), | |
| v. | |
| KELLY R. GLENN | Peter Williams Pryor |
| VALLEY VIEW HOSPITAL ASSOCIATION | Douglas Edward Best |
| Defendant(s). | |

---

### COURTROOM MINUTES / MINUTE ORDER

---

**HEARING:** Motion Hearing
**Court in session: 8:59 a.m.**
Court calls case.  The motion hearing set for April 2, 2015, continues and resumes this morning with same counsel.

Evidence presented on Defendant Valley View Hospital Association's Motion to Enforce Settlement Agreement [174] filed February 18, 2015.

PLAINTIFF'S FIRST WITNESS David J. Penrod, called and sworn.

| | |
|---|---|
| 9:00 a.m. | Direct examination of Mr. Penrod by Ms. Keel. |
| 9:13 a.m. | Voir Dire of Mr. Penrod by Mr. Best. |
| 9:25 a.m. | Direct examination of Mr. Penrod by Ms. Keel. |
| 10:19 a.m. | Cross-examination of Mr. Penrod by Mr. Best. |
| 11:08 a.m. | Cross-examination of Mr. Penrod by Mr. Pryor. |
| 11:29 a.m. | Re-direct examination of Mr. Penrod by Ms. Keel. |
| 11:47 a.m. | Re-cross examination of Mr. Penrod by Mr. Best. |
| 11:52 a.m. | Questions to Mr. Penrod from the court. |

12:17 p.m.      Follow-up questions of Mr. Penrod from Mr. Best and Ms. Keel.

12:38 p.m.      Witness excused.

**12:40 p.m.      Court in recess.**

**1:32 p.m.      Court in session.**

PLAINTIFF'S SECOND WITNESS Beth Chow, appearing by telephone, called and sworn.

1:33 p.m.       Direct examination of Ms. Chow by Ms. Thomas.

**Exhibits A-10 and A-11 are admitted.**

2:21 p.m.       Cross-examination of Ms. Chow by Mr. Best.

2:41 p.m.       Cross-examination of Ms. Chow by Mr. Pryor.

2:47 a.m.       Re-direct examination of Ms. Chow by Ms. Thomas.

2:49 p.m.       Witness excused.

DEFENDANT'S FIRST WITNESS Becky Winter, appearing by telephone, called and sworn.

2:50 p.m.       Direct examination of Ms. Winter by Mr. Best.

3:25 p.m.       Cross-examination of Ms. Winter by Ms. Keel.

3:31 p.m.       Witness excused.

For reasons stated on the record, it is

**ORDERED:  Defendant Valley View Hospital Association's Motion to Enforce Settlement Agreement [174] is TAKEN UNDER ADVISEMENT.  Parties shall submit proposed findings, conclusions and order by APRIL 10, 2015.**

HEARING CONCLUDED.

**Court in recess:**   3:33 p.m.
Total in-court time: 05:44

To order a transcript of this proceedings, contact  Avery Wood Reports    (303) 825-6119  or Toll Free    1-800-962-3345.