**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 12-cv-02858-RM-MJW

GLENN PICCO and
FRANCINE PICCO,

    Plaintiffs,

v.

KELLY R. GLENN, D.O.,
VALLEY VIEW HOSPITAL ASSOCIATION,

    Defendants.

---

**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL OF
VALLEY VIEW HOSPITAL ASSOCIATION WITH PREJUDICE**

---

The Court, having reviewed the Stipulated Motion for Dismissal of Valley View Hospital Association With Prejudice (ECF No. 230), and being otherwise fully advised in the premises, now rules as follows:

The Court GRANTS the stipulated motion. All claims that were asserted against Defendant Valley View Hospital Association are dismissed with prejudice, each party to pay their own attorneys' fees and costs.

DATED this 15th day of September, 2015.

                        BY THE COURT:

                        _____
                        RAYMOND P. MOORE
                        United States District Judge