IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02858-RM-MJW

GLENN PICCO and
FRANCINE PICCO,

Plaintiffs,

vs.

KELLY R. GLENN, D.O., and
VALLEY VIEW HOSPITAL ASSOCIATION,

Defendants.

## NOTICE OF SETTLEMENT

Plaintiffs Glenn and Francince Picco, through counsel, hereby submit the following Notice of Settlement.

Plaintiffs inform the Court that the parties to this action have reached a settlement and the Court may vacate the November 2, 2015 trial date. The parties will submit the necessary stipulation for the dismissal of this action at the earliest possible date.

Respectfully submitted this 28th day of September, 2015.

s/ Fred Paoli, Jr.
Fred Paoli, Jr.
Isobel S. Thomas
BOGUE, PAOLI & THOMAS, LLC
1401 17TH Street, Suite 320
Denver, Colorado 80202
Telephone: (303) 382-1990
Facsimile: (303) 382-1982
fpaoli@bridgeband.com
ithomas@bogue-paoli.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2015, I served the foregoing document to the following parties via email:

Peter Pryor
Jonathan P. White
PRYOR JOHNSON CARNEY KARR NIXON, P.C.
5619 DTC Parkway, Suite 1200
Greenwood Village, Colorado 80111
ppryor@pjckn.com
sjohnston@pjckn.com
*Attorneys for Kelly Glenn, D.O.*

s/ Brenda A. Ogden