IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02858-RM-MJW

GLENN PICCO and
FRANCINE PICCO,

Plaintiff(s),

v.

KELLY R. GLENN, D.O.,

Defendant(s).

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

     Based upon the Notice of Settlement (Docket No. 241), it is hereby

     ORDERED that the parties shall file their dismissal papers on or before
October 26, 2015.  It is further

     ORDERED that the Trial Preparation Conference set on October 8, 2015, at 9:00
a.m. and the eight-day jury trial set to begin on November 2, 2015, are VACATED.  It is
further

     ORDERED that Dr. Glenn's Motion to Strike Plaintiffs' Fourth Supplemental
Fed.R.Civ.P. 26(a)(2) Expert Disclosures (Docket No. 234) is denied as moot.

Date: September 28, 2015