IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02858-RM-MJW

GLENN PICCO,
FRANCINE PICCO,

    Plaintiffs,

vs.

KELLY R. GLENN, D.O.

    Defendant.

---

**STIPULATION FOR DISMISSAL OF ALL CLAIMS AGAINST DEFENDANT KELLY R. GLENN, D.O., WITH PREJUDICE**

---

Plaintiffs and Kelly R. Glenn, D.O., by and through their respective counsel, hereby stipulate to the dismissal, with prejudice, of all claims against Defendant Kelly R. Glenn, D.O., without any finding or admission of fault, and request the court to enter an Order pursuant to Fed.R.Civ.P. 41(a) in the form attached dismissing said claims based upon the filing of this Stipulation.

Respectfully submitted this 23rd day of October, 2015.

Pryor Johnson Carney Karr Nixon, P.C.

s/ Peter Pryor
**Peter Pryor**
**Rosa Derieux**
Attorneys for Defendant Kelly R. Glenn, D.O.

Thomas Keel & Laird, LLC

s/ Isobel Thomas
**Isobel S. Thomas**
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on October 23 2015 I electronically filed the foregoing **STIPULATION FOR DISMISSAL OF ALL CLAIMS AGAINST DEFENDANT KELLY R. GLENN, D.O., WITH PREJUDICE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Isobel S. Thomas
E-mail: ithomas@thomaskeel.com

s/ Peter W. Pryor
Peter W. Pryor
Attorney for Defendant Kelly R. Glenn, D.O.
Pryor Johnson Carney Karr Nixon, P.C.
5619 DTC Parkway, Suite 1200
Greenwood Village, CO 80111
Telephone: (303) 773-3500
FAX: (303) 779-0740
E-mail: ppryor@pjckn.com