IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No.  12-cv-02858-RM-MJW

GLENN PICCO,
FRANCINE PICCO,

    Plaintiffs,

v.

KELLY R. GLENN, D.O.,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the Stipulation of Dismissal of All Claims Against Defendant Kelly R. Glenn, D.O. with Prejudice ("Stipulation") (ECF No. 246).  Having considered the Stipulation, the Court file, and being otherwise fully advised, the Court hereby

ORDERS that the claims and causes of action asserted by Plaintiffs Glenn Picco and Francine Picco against Kelly R. Glenn, D.O. are in all respects dismissed with prejudice.  Each party shall pay their own costs and fees.  The Clerk of the Court is directed to close this case.

DATED this 26th day of October, 2015.

                              BY THE COURT:

                              _____
                              RAYMOND P. MOORE
                              United States District Judge